IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUFUS HARTY KELSAW,

    Petitioner,      No. CIV S-08-1612 MCE EFB P

  vs.

BOB HOREL, Warden, et al.,

    Respondents.      ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to respond to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' May 4, 2009, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: May 5, 2009.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE