IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS HARTY KELSAW, IV, | No. 2:08-cv-01612-MCE-CHS P |
| Petitioner, | |
| vs. | ORDER |
| BOB HOREL, | |
| Respondent. | |
| _____/ | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254.  On February 2, 2010, the United States Magistrate Judge formerly assigned to this case entered an order on various motions that were pending in this case.  On February 18, 2010, petitioner filed a motion for reconsideration of the magistrate judge's February 2, 2010 order to the extent it denied petitioner's motion for discovery, in which he sought leave to conduct discovery in this habeas corpus case.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of this matter, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

/////

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed February 2, 2010 is affirmed, and petitioner's February 18, 2010 motion
3 for reconsideration is denied.

Dated: August 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE